IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBBIE L. OSTRAND, individually;<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA METHODIST HOSPITAL, a non-profit domestic corporation;<br><br>Defendant. | 8:15CV451<br><br>**JUDGMENT** |

Pursuant to the parties' Stipulated Dismissal Motion to Dismiss with Prejudice ([Filing No. 36](#)),

**IT IS ORDERED** that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 1st day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge
